**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                      ) Case No. 18-12564 - B - 13
Efren P. Solis,            ) Docket Control No. MHM-1
            Debtor.        ) Document No. 19
                           ) Date: 09/13/2018
                           ) Time: 1:30 PM
                           ) DEPT: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 41,

IT IS ORDERED that the objection to confirmation of the plan is OVERRULED AS MOOT.

Dated: Sep 14, 2018

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[19] - Objection to Confirmation of Plan by Michael H. Meyer [MHM-1] Filed by Trustee Michael H. Meyer (ltas)